## United States Bankruptcy Court
### Western District of Pennsylvania

In re  **Ryan Steven Mueller**                                                  Case No.  **22-22458**
                                    Debtor(s)                                    Chapter   **13**

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

The debtor, **Ryan Steven Mueller**, through [his/her] attorney, moves to dismiss [his/her] Chapter 13 case pursuant to Bankruptcy Code Sec. 1307(b), and in support thereof respectfully represents:

1. The debtor filed a Chapter 13 case on **December 14, 2022**.

2. This case has not been previously converted from another Chapter.

3. The debtor wishes to dismiss his case, and Bankruptcy Code Sec. 1307(b) grants the debtor the absolute right to do so.

WHEREFORE, the debtor respectfully requests that the Court enter an Order dismissing the debtor's Chapter 13 case.

Dated:  **April 3, 2023**

                                                            Respectfully submitted,

                                                       By:  **/s/ Michael Alan Siddons, Esq.**
                                                            **Michael Alan Siddons, Esq. 89018**
                                                            Attorney for Debtor
                                                            **Keaveney Legal Group**
                                                            **1000 Maplewood Drive**
                                                            **Suite 202**
                                                            **Maple Shade, NJ 08052**
                                                            **(800) 219-0939**
                                                            **msiddons@siddonslaw.com**