IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Ryan Steven Mueller | : | Bankruptcy No. 22-22458 |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Related to Document No. 32 |
| Movant | : | |
|    Ryan Steven Mueller | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent | : | |
|    (if none, then "No Respondent"): | | |

## **ORDER**

Upon Motion of the Debtor, Ryan Steven Mueller, the Court finds that the Debtor is entitled to dismiss this case for the following reasons:

1. The case was filed on December 14, 2022, under Chapter 13 of the Bankruptcy Code.

2. The case has not been previously converted.

Date:_____, 20____          _____
                                                                                    United States Bankruptcy Judge