IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 22-22458-GLT |
| Ryan Steven Mueller | : Chapter 13 |
|     Debtor | : |
| Movant | : |
| Ryan Steven Mueller, | : |
| v. | : Related to Dkt. No. 32 |
| Respondent | : |
|     No Respondent(s). | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO DISMISS (DOC. NO. 32)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on <u>April 3, 2023</u> has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 26, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>4/27/2023</u>

By: **/s/ Michael Alan Siddons, Esq.**
**Michael Alan Siddons, Esq. 89018**

Attorney for Debtor
**Keaveney Legal Group**

**1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
(800) 219-0939**

**msiddons@siddonslaw.com**

**PAWB Local Form 25 (07/13)**