Case 22-22458-GLT    Doc 41    Filed 05/09/23    Entered 05/09/23 14:56:11    Desc Main
Document    Page 1 of 1
FILED
5/9/23 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-22458-GLT |
| | : | Chapter: | 13 |
| Ryan Steven Mueller | : | | |
| | : | | |
| | : | Date: | 5/9/2023 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #2 - Contested Confirmation of Plan Dated 12/14/22 [N]

[# 36 Conciliation hearing held. Contested Confirmation Hearing requested - Failure to appear. From 4/6/2023 conciliation conference. Counsel failed to appear; failed to file interim confirmation order from 1/23/2023.]

#32 - Motion to Dismiss Case Voluntarily by Debtor
    #40 - Certificate of No Objection

**APPEARANCES**:
    Debtor:    Michael Alan Siddons
    Trustee:    Owen Katz

**NOTES:**   [9:36]

Court: Still don't have an interim confirmation order. Also questions reasonableness of fees in light of such little activity in the case..

Siddons: Been having difficulty with the Debtor. No other excuse or explanation.

**OUTCOME:**

1) For the reasons stated on the record, the chapter 13 plan dated December 14, 2022 [Dkt. No. 2] is DENIED and the *Debtor's Motion to Dismiss Chapter 13 Case* [Dkt. No. 32] is GRANTED, subject to the chapter 13 trustee making distributions of funds on hand to secured creditors as if an interim confirmation order was entered in January 2023.  The Court shall retain jurisdiction over the distribution of plan proceeds until the chapter 13 trustee's final report is approved. [Chambers to Issue].

**DATED:**  5/9/2023