FILED
5/11/23 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Case No. 22-22458-GLT |
| | : | |
| **RYAN STEVEN MUELLER**, | : | Chapter 13 |
| | : | |
| *Debtor*. | : | Related to Dkt. No. 32 |
| | : | |

### ORDER OF COURT

This matter came before the Court upon consideration of the *Debtor's Motion to Dismiss Chapter 13 Case* [Dkt. No. 32]. On May 9, 2023, the Court conducted a hearing on the matter. For the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Debtor's Motion to Dismiss Chapter 13 Case* [Dkt. No. 32] is **GRANTED** and the above captioned case is **DISMISSED** without prejudice. However, notwithstanding the foregoing, the effect of dismissal shall be stayed until **June 26, 2023**. This stay of effectiveness shall give the chapter 13 trustee an opportunity to make distributions to secured creditors.

2. The chapter 13 trustee is authorized to commence distributions to creditors holding allowed claims from available funds on hand, as if an interim confirmation order had been properly entered in January 2023. Such distributions shall commence on the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered.

3. The Court shall retain jurisdiction over the distribution of plan proceeds until the chapter 13 trustee's final report is approved.

      4.      Counsel for the Debtor shall serve a copy of this Order upon the chapter 13 trustee and file a corresponding certificate of service within two (2) business days.

Dated: May 11, 2023

                                                cgr
                        **GREGORY L. TADDONIO**
                        **CHIEF UNITED STATES BANKRUPTCY JUDGE**

<u>Case Administrator to serve:</u>
Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ryan Steven Mueller  
    Debtor

Case No. 22-22458-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: May 11, 2023      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Steven Mueller, 7004 Grand Ave, Pittsburgh, PA 15225-1153 |
| 15572310 | + | Township of Neville & Cornell School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | May 11 2023 23:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15554482 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 11 2023 23:52:21 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15554484 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2023 23:52:22 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15554483 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 11 2023 23:52:29 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15565411 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2023 23:52:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15563866 | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2023 23:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15554485 | + | Email/Text: nhc@nhchome.com | May 11 2023 23:47:00 | National Hospital Collections Llc, Attn: Bankruptcy, 16 Distributer Dr, Ste 2, Morgantown, WV 26501-7209 |
| 15554487 | + | Email/PDF: cbp@onemainfinancial.com | May 11 2023 23:52:36 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15554488 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 11 2023 23:52:27 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15560838 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 11 2023 23:52:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15555581 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 11 2023 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15554489 | + | Email/Text: bankruptcyteam@quickenloans.com | May 11 2023 23:47:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15561477 | + | Email/Text: bankruptcyteam@quickenloans.com | May 11 2023 23:47:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15554490 | | Email/Text: legalservices12@snaponcredit.com | May 11 2023 23:47:00 | Snap-on Credit, Attn: Bankruptcy, 950 Technology Way, Suite 301, Libertyville, IL |

Case 22-22458-GLT    Doc 43    Filed 05/13/23    Entered 05/14/23 00:25:23    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: pdf900 | Total Noticed: 20 |

| Recip ID | Bypass Reason | Delivery Method | Date | Name and Address |
|---|---|---|---|---|
| 15554491 | + | Email/Text: bankruptcydepartment@tsico.com | May 11 2023 23:47:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15554494 | + | Email/Text: ECMCBKNotices@ecmc.org | May 11 2023 23:47:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15569482 | | Email/Text: EDBKNotices@ecmc.org | May 11 2023 23:47:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 15569752 | | Email/PDF: ebn_ais@aisinfo.com | May 11 2023 23:52:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Township of Neville and Cornell School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15554486 | *+ | National Hospital Collections Llc, Attn: Bankruptcy, 16 Distributer Dr, Ste 2, Morgantown, WV 26501-7209 |
| 15554492 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15554493 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15554495 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Neville and Cornell School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael Alan Siddons | on behalf of Debtor Ryan Steven Mueller msiddons@siddonslaw.com atruss@keaveneylegalgroup.com;ecf@casedriver.com;kmasker@keaveneylegalgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: May 11, 2023 | Form ID: pdf900 | Total Noticed: 20

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

TOTAL: 6