IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 22-22458-GLT |
| Ryan Steven Mueller | : |
|    Debtor | : |
| | : Chapter 13 |
| Movant | : |
| | : |
| Ryan Steven Mueller, | : |
| | : |
| v. | : |
| | : |
| Respondent | : |

**CERTIFICATE OF SERVICE**

    I certify under penalty of perjury that I served the Order Granting Motion to Dismiss on the parties at the addresses specified below or on the attached list on September 13, 2022.

    Service by NEF:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburg, PA 15219
cmecf@chapter13trusteewdpa.com

Ryan Steven Mueller
7004 Grand Ave
Pittsburg, PA 15225

Dated: 5/15/2023

                                 By:        /s/ Michael Alan Siddons
                                              Michael Alan Siddons, Esq., of counsel
                                              Keaveney Legal Group
                                              1000 Maplewood Drive, Suite 202
                                              Maple Shade, NJ 08052
                                              Phone (856) 457-6626
                                              Fax (856) 282-1090
                                              msiddons@siddonslaw.com
                                              Attorney for Debtor
                                              Bar # 89018 PA