Form 171

# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

Case No.: 22−22458−GLT
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ryan Steven Mueller
  aka Ryan S Mueller, aka Ryan Mueller
  7004 Grand Ave
  Pittsburgh, PA 15225

Social Security No.:
  xxx−xx−5243

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on 6/26/23.

Dated: 6/26/23

                                                Michael R. Rhodes
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22458-GLT |
| Ryan Steven Mueller | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 26, 2023 | Form ID: 171 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Steven Mueller, 7004 Grand Ave, Pittsburgh, PA 15225-1153 |
| 15572310 | + | Township of Neville & Cornell School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jun 27 2023 00:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15554482 | + | EDI: CAPITALONE.COM | Jun 27 2023 04:09:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15554484 | + | EDI: CITICORP.COM | Jun 27 2023 04:09:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15554483 | | EDI: JPMORGANCHASE | Jun 27 2023 04:09:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15565411 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2023 00:27:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15563866 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2023 00:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15554485 | + | EDI: NHCLLC.COM | Jun 27 2023 04:09:00 | National Hospital Collections Llc, Attn: Bankruptcy, 16 Distributer Dr, Ste 2, Morgantown, WV 26501-7209 |
| 15554487 | + | EDI: AGFINANCE.COM | Jun 27 2023 04:09:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15554488 | | EDI: PRA.COM | Jun 27 2023 04:09:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15560838 | | EDI: PRA.COM | Jun 27 2023 04:09:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15555581 | | EDI: PENNDEPTREV | Jun 27 2023 04:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15555581 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15554489 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2023 00:15:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15561477 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2023 00:15:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, |

Case 22-22458-GLT    Doc 46    Filed 06/28/23    Entered 06/29/23 00:26:48    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2023 | Form ID: 171 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15554490 | | Email/Text: legalservices12@snaponcredit.com | Jun 27 2023 00:15:00 | Snap-on Credit, Attn: Bankruptcy, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 15554491 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 27 2023 00:15:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15554494 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 27 2023 00:15:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15569482 | | Email/Text: EDBKNotices@ecmc.org | Jun 27 2023 00:14:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 15569752 | | EDI: AIS.COM | Jun 27 2023 04:09:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Township of Neville and Cornell School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15554486 | *+ | National Hospital Collections Llc, Attn: Bankruptcy, 16 Distributer Dr, Ste 2, Morgantown, WV 26501-7209 |
| 15554492 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15554493 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15554495 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Neville and Cornell School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael Alan Siddons | on behalf of Debtor Ryan Steven Mueller msiddons@siddonslaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 26, 2023 | Form ID: 171 | Total Noticed: 20 |

atruss@keaveneylegalgroup.com;ecf@casedriver.com;kmasker@keaveneylegalgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6