**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RYAN STEVEN MUELLER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:22-22458 GLT<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/14/2022 and confirmed on 05/11/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,652.00 |
| Less Refunds to Debtor | 2,522.06 | |
| TOTAL AMOUNT OF PLAN FUND | | 129.94 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 129.94 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 129.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7974 | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN I | 9,546.35 | 0.00 | 0.00 | 0.00 |
|     Acct: 7974 | | | | |
|   SNAP-ON CREDIT LLC | 10,909.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 4759 | | | | |
|   ONE MAIN FINANCIAL(*) | 7,625.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4560 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   MICHAEL A SIDDONS ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN STEVEN MUELLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN STEVEN MUELLER | 2,522.06 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN STEVEN MUELLER | 2,522.06 | 2,522.06 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-22458 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority
| | | | | |
|---|---|---|---|---|
| MICHAEL A SIDDONS ESQ** | 1,750.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CORNELL SD & NEVILLE TOWNSHIP (EIT) | 968.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5243 | | | | |

\*\*\*N O N E\*\*\*

Unsecured
| | | | | |
|---|---|---|---|---|
| LVNV FUNDING LLC | 663.88 | 0.00 | 0.00 | 0.00 |
| Acct: 3778 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1617 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,440.66 | 0.00 | 0.00 | 0.00 |
| Acct: 8276 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7801 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7802 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 576.26 | 0.00 | 0.00 | 0.00 |
| Acct: 8938 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5926 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9762 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6795 | | | | |
| US DEPARTMENT OF EDUCATION | 7,022.46 | 0.00 | 0.00 | 0.00 |
| Acct: 5243 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5274 | | | | |
| PA DEPARTMENT OF REVENUE* | 177.79 | 0.00 | 0.00 | 0.00 |
| Acct: 5243 | | | | |
| ONE MAIN FINANCIAL(*) | 7,118.29 | 0.00 | 0.00 | 0.00 |
| Acct: 4560 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 70.23 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 153.04 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                                     0.00

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 968.00 |
| SECURED | 28,080.59 |
| UNSECURED | 17,222.61 |

Date: 09/13/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com